# CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated:  June 13, 2011                           Adrienne Paul
                                                Deputy Court Clerk

Bram Bevis Dresden
Law Offices of Bram Bevis Dresden
54 Elizabeth Circle
Greenbrae, CA 94904